No. 461. H. M. Albury v. United States. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bart A. Riley* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. K. L. Campbell* for the United States.

No. 462. James Thompson and The J. L. Hudson Company, doing Business, etc., et al. v. Vogue Company. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Samuel W. Banning* and *Thomas A. Banning* for petitioners. *Messrs. Harry D. Nims* and *Minturn DeS. Verdi* for respondent.

No. 463. George Belvin and John McGowan v. United States. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Henry Bowden* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.

No. 464. United States ex rel. Cripple Creek & Colorado Springs Railroad Company v. Interstate Commerce Commision. October 18, 1926. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. M. C. Elliott* and *C. C. Hamlin* for petitioner. *Messrs. R. Granville Curry* and *P. J. Farrell* for respondent.

No. 466. Jacob P. Teter v. United States. October 18, 1926. Petition for a writ of certiorari to the Circuit